07 CV 11027

616-07/JFK/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
FAIRSEA OVERSEAS S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
John F. Karpousis. (JK 3020)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAIRSEA OVERSEAS S.A.,

      Plaintiff,

 -against-

OY INTERNATINAL FINNTRADE LTD.,

      Defendant.
------------------------------------------------------------x

07 CIV.     (     )

**RULE 7.1 STATEMENT**

 Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, or recusal, Plaintiff FAIRSEA OVERSEAS S.A. (a private non-governmental party), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
   December 5, 2007

          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Plaintiff
          FAIRSEA OVERSEAS S.A.

    By: */s/ Manuel A. Molina*
       John F. Karpousis. (JK 3020)
       Manuel A. Molina (MM 1017)

NYDOCS1/294856.1