UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FAIRSEA OVERSEAS S.A.,

                  Plaintiff,

  -against-

OY INTERNATIONAL FINNTRADE LTD.,

                  Defendant.
------------------------------------------------------------x

07 Civ. 11027 (AKH)

**ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

An application having been made by counsel for Plaintiff for an Order Appointing Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

NOW, on reading and filing the affidavit of Manuel A. Molina sworn to on December 5, 2007, and good cause having been shown, it is hereby

**O R D E R E D** that Manuel A. Molina, John F. Karposusis, Robert Ridenour, Joan Sorrentino, Christina Gargano, or any other partner, associate, paralegal or other agent of Freehill Hogan & Mahar LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with a copy of this Order and any Interrogatories, upon any garnishee named in the Process, together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for, or on behalf of the Defendant.

Dated: New York, New York
       December 5, 2007

                                              _____
                                              ALVIN K. HELLERSTEIN, U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,        CLERK

BY _____
           DEPUTY CLERK

NYDOCS1/295024.1