

| | | |
|---|---|---|
| GEORGE B. FREEHILL<br>WILLIAM L. JUSKA, JR.<br>JAMES L. ROSS*<br>ERIC E. LENCK<br>JOHN J. WALSH*<br>PATRICK J. BONNER*<br>PETER J. GUTOWSKI<br>MARK F. MULLER<br>WAYNE D. MEEHAN*<br>DON P. MURNANE, JR.▲<br>THOMAS M. RUSSO<br>THOMAS M. CANEVARI†<br>MICHAEL FERNANDEZ*<br>JOHN F. KARPOUSIS*▲<br>MICHAEL E. UNGER*†<br>WILLIAM J. PALLAS*<br>GINA M. VENEZIA▲<br>LAWRENCE J. KAHN*<br>BARBARA G. CARNEVALE*<br>MANUEL A. MOLINA<br>JUSTIN T. NASTRO*<br>PAMELA L. SCHULTZ*†<br>DANIEL J. FITZGERALD*†▲<br>MICHAEL C. ELLIOTT*<br>JAN P. GISHOLT† | **LAW OFFICES OF**<br>**FREEHILL HOGAN & MAHAR LLP**<br>80 PINE STREET<br>NEW YORK, N.Y. 10005-1759<br><br>TELEPHONE (212) 425-1900<br>FACSIMILE (212) 425-1901<br>E-MAIL: reception@freehill.com<br>www.freehill.com | NEW JERSEY OFFICE<br>549 SUMMIT AVENUE<br>JERSEY CITY, N.J. 07306-2701<br>TELEPHONE (973) 623-5514<br>FACSIMILE (973) 623-3813<br><br>CONNECTICUT OFFICE<br>23 OLD KINGS HIGHWAY SOUTH<br>DARIEN, CT 06820-4538<br>TELEPHONE: (203) 921-1913<br>FACSIMILE (203) 358-8377 |

\* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA



March 3, 2008

616-07/JFK/MAM

*[Handwritten note: The case is adjourned to May 9, 2008, 9:30 am. 3-4-08 /s/ Alvin Hellerstein]*

**BY HAND**
Hon. Alvin K Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re: Fairsea Overseas S.A. v. Oy Int'l Finntrade Ltd.,
07 CV 11027 (AKH)

Dear Judge Hellerstein:

    We represent the Plaintiff in the above-referenced action involving a maritime attachment under Rule B and write to request that the pre-trial conference scheduled for March 7, 2008 be adjourned 60 days.

    By way of background, Plaintiff filed this action on December 5, 2007 seeking, *inter alia*, to attach the sum of $732,338.46 from Defendant. On the same day Your Honor granted Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment ("PMAG"). Although Plaintiff continues its daily efforts of serving the PMAG upon various New York banks to obtain full security for its claim from the Defendant, Plaintiff has not been successful in attaching any funds.

    We note that Local Admiralty Rule B.2 recognizes the importance of keeping Rule B actions *ex parte* until property is actually restrained, and provides that notice of attachment is not required to be given to the Defendant until after its property has been restrained.

    In light of the foregoing, we respectfully request that Your Honor grant the within application.

NYDOCS1/299899.1

Hon. Alvin K. Hellerstein
March 3, 2008
Page 2

      We thank the Court for its attention to this matter.

                                        Respectfully yours,
                                        FREEHILL HOGAN & MAHAR LLP

                                        John F. Karpousis
                                        Manuel A. Molina

NYDOCS1/299899.1

                    FREEHILL, HOGAN & MAHAR LLP