GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*○†
DANIEL J. FITZGERALD*○
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
○ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP

80 PINE STREET

NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

[RECEIVED MAY 0 8 2008 ALVIN K. HELLERSTEIN]

May 7, 2008

[Handwritten: The conf. is adjourned to July 18, 2008, 9:30 a.m. 5/8/08 /s/ AKH]

616-07/JFK/MAM

**BY HAND**
Hon. Alvin K Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

Re:   Fairsea Overseas S.A. v. Oy Int'l Finntrade Ltd.,
      07 CV 11027 (AKH)

------------------------------------------------------------

Dear Judge Hellerstein:

We represent the Plaintiff in the above-referenced action involving a maritime attachment under Rule B and write to request that the pre-trial conference scheduled for May 9, 2008 be adjourned 60 days.

By way of background, Plaintiff filed this action on December 5, 2007 seeking, *inter alia*, to attach the sum of $732,338.46 from Defendant. On the same day Your Honor granted Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment ("PMAG"). On March 17, 2008, the Bank of New York New Mellon advised that it had restrained $10,000 belonging to the Defendant. We provided Notice of Attachment to the Defendant on March 18. To date, Defendant has not moved to vacate the attachment or has otherwise appeared in this action.

In light of the foregoing, we respectfully request that Your Honor grant the within application.

NYDOCS1/304229.1

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/8/08]

Hon. Alvin K. Hellerstein
May 7, 2008
Page 2

      We thank the Court for its attention to this matter.

                                  Respectfully yours,
                                  FREEHILL HOGAN & MAHAR LLP

                                  *Manuel A. Molina*
                                  John F. Karpousis
                                  Manuel A. Molina